GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: LAWRENCE H. FOGELMAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: 212-637-2719
Facsimile:  212-637-2686
lawrence.fogelman@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA,                        :    PETITION TO ENFORCE
                                                                        INTERNAL REVENUE
                        Petitioner,                        :    SERVICE SUMMONS
                                                                :
            - v.-                                              19 Misc.
                                                                :
JOEL LEBOVITS, as PRESIDENT of
CATSKILLS BAKERY CORP.,                        :

                        Respondent.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The United States of America ("Petitioner"), by its attorney Geoffrey S. Berman, United States Attorney for the Southern District of New York, alleges upon information and belief as follows:

1.      This is a proceeding brought under the authority of sections 7402(b) and 7604(a) of the Internal Revenue Code, 26 U.S.C. §§ 7402(b) and 7604(a), to enforce an Internal Revenue Service ("IRS") Summons (the "Summons"). The Summons is attached to the Declaration of Alan B. Tabakman (the "Declaration") as Exhibit 1.

2.      The last known address of Catskills Bakery Corp. ("Taxpayer") is 4437 Route 42, Monticello, NY 12701, *see* Declaration ¶ 5, which is within the jurisdiction of this Court.

3.      Alan B. Tabakman, a Revenue Officer ("RO") employed in the IRS's Small

Business/Self Employed Division, with a post of duty at 191 Main Street, Poughkeepsie, New York 12601, is currently conducting an investigation for the collection of the tax liabilities of the Taxpayer for the quarterly periods ending March 31, 2016, June 30, 2016, March 31, 2017, June 30, 2017 and September 30, 2017.  *See id.* ¶¶ 1, 3.

4. On August 8, 2018, the IRS duly issued the Summons directing the Respondent to appear before the RO on September 6, 2018, at 9:00 a.m., to testify and produce for examination all documents and records regarding assets, liabilities, or accounts, including but not limited to bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit as described in the Summons.  *See id.* ¶ 4, Exhibit 1.

5. On August 8, 2018, the RO served an attested copy of the Summons upon Respondent by handing it to him at the last known address of Catskills Bakery Corp. in New York.  *See id.* ¶ 5, Exhibit 1.

6. On September 6, 2018, the Respondent failed to appear before the IRS for his examination.  *See id.* ¶ 6.

7. On February 4, 2019, the IRS's Office of Chief Counsel sent a letter to the Respondent directing that he appear before the RO on March 5, 2019.  *See id.* ¶ 7, Exhibit 2.

8. The Respondent failed to appear on March 5, 2019.  Respondent's failure to fully comply with the Summons continues to date.  *See id.* ¶ 8.

9. The books, papers, records or other data sought by the Summons are not in IRS's possession.  *See id.* ¶ 9.

10. The testimony and documents sought by the Summons may be relevant to, and can reasonably be expected to cast light upon, the subject of the IRS's investigation.  *See id.* ¶

12.

11. All administrative steps required by the Internal Revenue Code for issuance of the IRS Summons have been followed. *See id*. ¶ 10.

12. No Department of Justice referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect with respect to the Respondent for the years under investigation. *See id*. ¶ 13.

13. No previous application has been made for the order of relief sought herein.

14. It is the practice of this Court to proceed by Order to Show Cause in these matters.

WHEREFORE, Petitioner respectfully requests:

1. That this Court enter an order directing the Respondent to show cause why he should not be required to comply with and obey the Summons;

2. That this Court enter an order directing the Respondent to obey the Summons by: (a) producing the records requested in the Summons to the RO or other authorized official as may be designated by the IRS, at such time and place as hereafter may be fixed by the RO; and (b) appearing before the RO, at the time and place designated by the IRS, for the purpose of giving testimony;

3. That the Petitioner recover its costs incurred in maintaining this proceeding; and

  4.  That this Court grant such other and further relief as it deems just and proper.

Dated: New York, New York
   October 22, 2019

              GEOFFREY S. BERMAN
              United States Attorney for the
              Southern District of New York
              *Attorney for the United States of America*

          By: s/Lawrence H. Fogelman
              LAWRENCE H. FOGELMAN
              Assistant United States Attorney
              86 Chambers Street, 3rd Floor
              New York, New York 10007
              Telephone: (212) 637-2719
              Facsimile: (212) 637-2686
              lawrence.fogelman@usdoj.gov