UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,
    Petitioner,

v.

JOEL LEBOVITS,
    Respondent.
------------------------------------------------------------x

**ORDER**

19 MC 479 (VB)

   On October 24, 2019, the Court issued an Order to Show Cause, in which the Court ordered respondent to show cause on December 11, 2019, why he should not be compelled to comply with an IRS summons served upon him on August 8, 2018. (Doc. #7).

   The Court instructed petitioner to serve respondent by November 13, 2019, with the October 24 Order, the petition to enforce the IRS summons, and all supporting documents, and to file proof of service of same. (Doc. #7).

   To date, no proof of service has been filed.

   Accordingly, by December 9, 2019, petitioner shall file proof of service on respondent.

Dated: December 4, 2019
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge